# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUSTINE MANSFIELD,<br>   Plaintiff<br><br>  v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br>   Defendant | )<br>)<br>)<br>) **Case No.: 1:11-cv-10382-NG**<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

  NOTICE IS HEREBY GIVEN that the above-captioned case has been

DISMISSED with prejudice.


 /s/ Craig Thor Kimmel
Craig Thor Kimmel
Attorney ID # 662924
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 778-2864
Email: kimmel@creditlaw.com